DOUGLAS O. ROBERTSON, Suing for Himself as Stockholder and All Other Stockholders of MARINE TRANSIT CORPORATION, etc., Appellant, v. JOHN D. SCHOONMAKER, JR., and Others, Respondents. (Action No. 2.) — Motion to dismiss appeal granted and appeal dismissed, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

EVA SHUMOWAT, as Administratrix, etc., of ANNA MASLOWSKA, Deceased, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

FRED D. SMITH, Individually and as Guardian ad Litem of DAVID K. SMITH, Respondent, v. AMERICAN AUTOMOBILE FIRE INSURANCE COMPANY, Defendant, and AMERICAN AUTOMOBILE INSURANCE COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 768.] Lazansky, P. J., Hagarty, Davis and Adel, JJ., concur; Taylor, J., not voting.

ELISABETTA SQUAZZO, Appellant, v. THE TIMKEN SILENT AUTOMATIC COMPANY, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

NORMAN B. TAPLEY, an Infant, by ROBERT A. TAPLEY, His Guardian ad Litem, Respondent, v. ROSS THEATRE CORPORATION, Appellant. ROBERT A. TAPLEY and THEO IRENE TAPLEY, as Administrators, etc., of HELEN E. TAPLEY, Deceased, v. ROSS THEATRE CORPORATION, Appellant. ROBERT A. TAPLEY, Respondent, v. ROSS THEATRE CORPORATION, Appellant. THEO IRENE TAPLEY, Respondent, v. ROSS THEATRE CORPORATION, Appellant.— Motion for reargument of appeals denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

HENRY VOGEL, Appellant, v. WILLIAM C. EDWARDS, JR., Individually and as Executor and Trustee under the Last Will and Testament of MARIE R. EDWARDS, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 742.] The following question is certified: On this record, should the motion to open the deficiency judgment, after foreclosure, have been granted? Lazansky, P. J., Hagarty, Davis and Taylor, JJ., concur; Adel, J., not voting.

RUTH R. YOUNG, Respondent, v. LEWIS G. YOUNG, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied; present stay vacated. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.